IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO18 CR 528 |
| Plaintiff | * | |
| -vs- | * | JUDGE GAUGHN |
| PATRICK GRIFFIN | * | DEFENDANT  PATRICK GRIFFIN'S MOTION FOR SECOND EXTENSION OF TIME TO REPORT TO BOP |
| | * | |
| * * * | | |

Now comes the Defendant, PATRICK GRIFFIN, by and through counsel, and respectfully moves this Court for a second 90 DAY extension to report to the Bureau of Prisons.

On June 11, 2019, Mr. Griffin was sentenced to 210 months in prison. He received a letter from the Bureau of Prisons to self- report on January 22, 2020.

Ms. Griffin was released from the hospital and is confined to the bed waiting for his wheel repair. He requests this Court delay self-report day for 90 days so he may complete all necessary medical appointments.

Respectfully submitted,

/S/ RHONDA L. KOTNIK_____
RHONDA L. KOTNIK 0077345
333 S. Main Street Suite 401
Akron, Ohio 44308
330-253-5533

PROOF OF SERVICE

I hereby certify that on January 16, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/S/ RHONDA L. KOTNIK</u>
RHONDA L. KOTNIK